# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 24, 2014

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

148689

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

                                   SC: 148689
                                   COA: 310704
                                   Wayne CC: 11-007861-FC

JOHN EDWARD JONES,
      Defendant-Appellant.

_____/

      On order of the Court, the application for leave to appeal the December 17, 2013 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 24, 2014



s0616

                       Clerk